UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 06-672 M |
| v. ) | |
| ) | |
| MELVIN ERNEST GRUELLE, JR. ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>:

Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct, in violation of 18 U.S.C. §§ 2252(a)(4)(B), 2252(B)(2) and 2256.

<u>Date of Detention Hearing</u>:   December 19, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Defendant has no ties to the Western District of Washington.

(2)   Defendant has no stable residence and lives on a boat in Alaska.

(3) Defendant has dual United States and New Zealand citizenship.

(4) Defendant is a Level 3 sex offender and is classified as a sexually violent predator, which poses even greater concerns than it would otherwise pose, in light of the current charges against the defendant.

(5) There are no conditions or combination of conditions short of detention that will reasonably assure the defendant's appearance at future Court hearings and that will address the danger to other persons or the community.

.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

01    DATED this 19th day of December 2006.

            _____
            JAMES P. DONOHUE
            United States Magistrate Judge

DETENTION ORDER                                        15.13
18 U.S.C. § 3142(i)                                 Rev. 1/91
PAGE 3